# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-371-RLH-(PAL) |
| STEVEN PARKER SPRINGER, | ) ) ) | |
| Defendant. | ) | |

# ORDER OF FORFEITURE

On December 20, 2012, defendant STEVEN PARKER SPRINGER pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 371 and 1344 and agreed to the forfeiture of property set forth in the Plea Memorandum. Plea Memorandum, ECF No. 67.

This Court finds that STEVEN PARKER SPRINGER shall pay a criminal forfeiture money judgment of $46,966.97 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from STEVEN PARKER SPRINGER a criminal forfeiture money judgment in the
3 amount of $46,966.97 in United States Currency.
4    DATED this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on January 4, 2013, by the below identified method of service:

CM/ECF:

Lance A. Maningo
Bellon & Maningo, Ltd.
732 S. Sixth Street, Suite 102
Las Vegas, NV 89101
iam@bellonandmaningo.com
Attorney for Steven Parker Springer

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal