FILED
MAY 15 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STEVEN PARKER SPRINGER,  )<br>  )<br>Defendant.  ) | 2:10-CR-371-RLH-(PAL) |

### ORDER OF FORFEITURE

This Court found on January 7, 2013, that STEVEN PARKER SPRINGER shall pay a criminal forfeiture money judgment of $46,966.97 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Plea Memorandum, ECF No. 67; Change of Plea Minutes, ECF No. 69; Order of Forfeiture, ECF No. 71.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STEVEN PARKER SPRINGER a criminal forfeiture money judgment in the amount of $46,966.97 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this **15** day of **May**, 2013.

_____
UNITED STATES DISTRICT JUDGE